| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

SYLVIA DONALDSON, KAREN ELLIS,  §
THOMAS BURCH, KELLIA HICKS,  §
MIDGE WOODS, GABRIELLE BARNES,  §
GERREN BURTON, ROSALIND CHARLES,  §
TAMARA DICKERSON, PAUL FOSTER,  §
SHIRLEY FOSTER, RODNEY FREEMAN,  §
JARED ELSON, TRACY FINNEY,  §
DAMON HALL, DIAMOND HALL,  §
KENDRICK HENRY, SHANEETRA HENRY,  §
OCTAVIA JACKSON, EDMONN MAUL,  §
COREY DANCY, KEVIN NIXON,  §
SHARON PAYNE, MARKEITH POSTON,  §
MICHAEL REESE, JAMES SCHAUMBERG,  §
JACQUI PHILLIPS, PHILLIP THOMAS,  §
JASMINE BURCH, NATALIE SMITH,  §
NINA SMITH, JESSICA WILLIAMS,  §
KURTIS DOWNING, and JOSHUA SINNOT,  §
  §
      Plaintiffs,  §
  §
*versus*  §   CIVIL ACTION NO. 1:22-CV-111
  §
JOSHUA CRISP, EILEEN SEPULVEDA,  §
AMZ HUNTER LLC, CRISP LEARNING  §
TECHNOLOGIES, LLC, and  §
CRISP HOLDINGS, LLC,  §
  §
      Defendants.  §

## ORDER OF CONDITIONAL DISMISSAL

The court having been advised by counsel for the parties that an amicable settlement has been reached in this action and that final settlement papers would be forthcoming, it is

ORDERED that this case is dismissed on the merits without prejudice to the right of counsel of record to move for reinstatement within ninety (90) days upon presentation of adequate proof that final approval of the settlement could not be obtained from the respective principals for whom counsel act.

Any outstanding motions are conditionally denied as moot pending final settlement papers. In the event this case is reinstated, counsel retains the responsibility to re-urge any motions previously denied as moot.

This court retains jurisdiction to enforce the settlement.

SIGNED at Beaumont, Texas, this 16th day of January, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE